Ann L. Bidstrup, Plaintiff-Appellee, v. Frank Otto Bidstrup, Defendant-Appellant.

Gen. No. 11,794. ■■■■■■■■

Second District.
February 24, 1964.

Donald F. Schumacher, of Hinckley, for appellant; George Spitz, of DeKalb, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full.